UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CECIL P. TASBY, | CASE NO. C19-0637-JCC |
| Plaintiff, | ORDER |
| v. | |
| DANIEL GREY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation (Dkt. No. 6) of the Honorable Mary Alice Theiler, United States Magistrate Judge. Having reviewed the report and recommendations, and the relevant record, the Court ORDERS:

1. The report and recommendation (Dkt. No. 6) is ADOPTED;

2. Plaintiff's claims are dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to adequately state a claim for relief under 42 U.S.C. § 1983 ;

3. The Clerk is DIRECTED to send a copy of this order to Plaintiff and Judge Theiler.

//

//

//

1 | DATED this 13th day of August 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE